**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALLEN BOYD, et al.,

            Plaintiffs,

vs.

CASA NORTE APARTMENTS,

            Defendant.

Case No. 2:13-cv-00332-JCM-PAL

**ORDER**

(IFP App - Dkt. #1)

This matter is before the court on Plaintiffs Allen Boyd's and Nikci Boyd's Application to Proceed In Forma Pauperis (Dkt. #1) filed February 27, 2013. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiffs' Application to Proceed In Forma Pauperis is incomplete. As an initial matter, each Plaintiff must fill out a separate Application. Secondly, in response to question three, Plaintiffs respond that one of them has received income from disability or worker's compensation payments within the last twelve months. However, Plaintiffs have not responded to the form's inquiry about the source of the money, how much they received, and how much they expect to receive in the future. For both of these reasons, the court cannot determine whether Plaintiffs are eligible to proceed in forma pauperis.

Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' Application to Proceed In Forma Pauperis (Dkt. #1) is DENIED WITHOUT PREJUDICE.
2. The Clerk of Court shall mail Plaintiffs two blank Applications to Proceed In Forma Pauperis for non-incarcerated litigants.

/ / /

3. Plaintiffs shall have until **April 3, 2013,** in which to file their completed Applications to Proceed In Forma Pauperis.

4. Alternatively, Plaintiffs may pay the $350.00 filing fee no later than **April 1, 2013.**

4. Failure to comply with this Order will result in a recommendation to the District Judge that Plaintiffs' Application to Proceed In Forma Pauperis be denied with prejudice.

Dated this 4th day of March, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE